United States District Court
Southern District of Texas
**ENTERED**
June 28, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Walter Moore, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-21-1679 |
| | § | |
| Greater Houston Transportation | § | |
| Company, et al., | § | |
| *Defendants.* | § | |

## <u>ORDER OF ADOPTION</u>

On June 13, 2022, Magistrate Judge Peter Bray recommended that Moore's claims against Greater Houston Transportation Company be severed, stayed, and administratively closed; that Metropolitan Transit Authority of Harris County Texas's and Texas Mutual Insurance Company's motions for summary judgment be granted; and that the case against Metropolitan Transit Authority and Texas Mutual Insurance company be dismissed with prejudice. ECF No. 33. Moore's objections are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The case against Greater Houston Transportation Company is hereby severed, stayed, and administratively closed pending the conclusion of the bankruptcy proceedings. Moore may move to reopen the case against Greater Houston Transportation once the bankruptcy proceedings have concluded.

The court will issue a separate final judgment.

Signed at Houston, Texas, on June 2 8 , 2022.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE